*(Revised 5/93)*         CLERK'S COURTROOM MINUTE SHEET - CRIMINAL

PRETRIAL PROCEEDINGS

CASE NO. __11-20085-01__

| CAPTION: | APPEARANCES: |
|---|---|
| **UNITED STATES OF AMERICA** | **SCOTT RASK** |
| vs. | |
| **RODNEY MCINTOSH** | **JAMES L. SPIES** |
| | ( ) Retained  (x) Appointed |

| | | |
|---|---|---|
| Judge: | BETH PHILLIPS | Kansas City: X |
| Clerk: | Merry Morales | Topeka: |
| Reporter: | Teri Hallberg | Wichita: |

Date: **MAY 29, 2012**          PROCEEDINGS

( )  Arraignment & Plea     ( )  Waiver of Indictment     ( )  Felony
( )  Change of Plea     (X) Appearance     ( )  Misdemeanor

( )  Interpreter  ( )Appointed  ( )Sworn  Name: _____
( )  Constitutional Rights Explained
( )  Declines to Waive Indictment    ( )  Will be Presented to Next Grand Jury
( )  Signed Waiver of Indictment    ( )  Information Filed: _____
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed    ( )  Plea Agreement Attached (For Details See Petition)
( )  Waived Reading of:    ( )  Indictment  ( )  Number of Counts ____
                        ( )  Information  ( )  Read to Defendant
  ( ) Previous Plea:  ( ) Guilty  ( ) Not Guilty    Counts: ____ Withdrawn
  ( ) Guilty    Counts: ____ Accepted
  ( ) Not Guilty    Counts: ____

( ) Judgment Deferred  ( ) P.S.I. Ordered  ( ) Sentencing Set For: _____
( ) Set for Trial: _____
( ) Bail $ _____    ( ) Continued on Present Bail    (X) Remanded to Custody
( ) Pretrial Motions to be Filed by: _____
( ) Counts: _____    ( ) To be Dismissed on Motion of the U.S. at Sentencing

Hearing Re Mr. Spies' Motion to Withdraw as Counsel (doc. # 31). Motion withdrawn by counsel for defendant. Case remains set for trial June 19, 2012.