IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 11-20085-01-KHV |
| | ) | |
| RODNEY MCINTOSH, | ) | |
|     Defendant. | ) | |

## MOTION TO INSPECT AND COPY GRAND JURY SELECTION MATERIALS

**COMES NOW** the Defendant, Rodney McIntosh, by and through his attorney of record, James L. Spies, and moves the Court for an order granting the release and inspection of grand jury section materials pursuant to 28 U.S.C. § 1867(f). In support of said this motion the Defendant alleges and states as follows:

1. The Defendant wishes to inspect, reproduce, and copy records or papers used by the jury commission or clerk in connection with the jury selection process pursuant to 28 U.S.C. §1867(f).[1]

2. The request is in preparation of a motion to dismiss under 28 U.S.C. §1867(a).[2]

---

[1] 28 U.S.C. §1867(f)

    The contents of records or papers used by the jury commission or clerk in connection with the jury selection process shall not be disclosed, except pursuant to the district court plan or as may be necessary in the preparation or presentation of a motion under subsection (a), (b), or (c) of this section, until after the master jury wheel has been emptied and refilled pursuant to section 1863(b)(4) of this title and all persons selected to serve as jurors before the master wheel was emptied have completed such service. The parties in a case shall be allowed to inspect, reproduce, and copy such records or papers at all reasonable times during the preparation and pendency of such a motion. Any person who discloses the contents of any record or paper in violation of this subsection may be fined not more than $1,000 or imprisoned not more than one year, or both.

[2] 28 U.S.C. §1867(a)

    In criminal cases, before the voir dire examination begins, or within seven days after the defendant discovered or could have discovered, by the exercise of diligence, the grounds therefore, whichever is earlier, the defendant may move to dismiss the indictment or stay the proceedings against him on the ground of substantial failure to comply with the provisions of this title in selecting the grand or petit jury.

3.       The United States Supreme Court squarely addresses the defendant's right to such an inspection in *Test v. United States*. The Court held:

> This provision makes clear that a litigant has essentially an unqualified right to inspect jury lists. It grants access in order to aid parties in the 'preparation' of motions challenging jury-selection procedures. Indeed, without inspection, a party almost invariably would be unable to determine whether he has a potentially meritorious jury challenge. Thus, an unqualified right to inspection is required not only by the plain text of the statute, but also by the statute's overall purpose of insuring 'grand and petit juries selected at random from a fair cross section of the community.' 28 U.S.C. §1861.

*Test*, 420 U.S. 28, 30 (1975).

4.       The 10th Circuit Court of Appeals adopted this holding in *United States v. Hansel*.[3]

5.       As recognized by the Supreme Court, inspection is necessary to determine whether there is a potentially meritorious jury challenge under 28 U.S.C. § 1867(a).

**WHEREFORE,** the Defendant respectfully requests this court grant his motion to copy and inspect grand jury materials.

Respectfully Submitted,

THE LAW OFFICE OF JAMES L. SPIES, P.A.

**James L. Spies**
Digitally signed by James L. Spies
DN: cn=James L. Spies, o=The Law Office of James L. Spies, P.A., ou,
email=jlspies@att.net, c=US
Date: 2012.06.07 15:00:14 -05'00'

James L. Spies, #18417
Barnett Building
816 Ann Avenue
Kansas City, Kansas 66101
(913) 371-9595
(913) 342-2016 – Fax
E-Mail: jlspies@att.net

ATTORNEY FOR DEFENDANT

---

[3] 70 F.3d 6 (10th Cir. 1995)

## CERTIFICATE OF DELIVERY

I, James L. Spies, hereby certify that on June 7, 2012, I electronically filed the foregoing Motion to Inspect and Copy Grand Jury Materials with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case.

James L. Spies
Digitally signed by James L. Spies
DN: cn=James L. Spies, o=The Law Office of James L. Spies, P.A., ou, email=jlspies@att.net, c=US
Date: 2012.06.07 15:01:01 -05'00'

James L. Spies, # 18417