IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 11-20085-KHV |
| ) | |
| RODNEY MCINTOSH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT PROPOSED WITNESS LIST**

The United States of America by and through Barry R. Grissom, United States Attorney for the District of Kansas and David P. Zabel, Assistant United States Attorney, submit the following list of proposed witnesses for the government's case in chief in the above referenced matter:

1. Fred Messina

2. Earl Genter

3. Joseph Wilson

4. Amy Holmes

5. Michael Newell

6. Michael Kobulnicky

7. Jimmy Roan

8. Chase Scarbrough

1

9. Greg Sawyer

10. Keith Thomas

11. F. Ketchum

12. R. Bennett

13. E. Vogele

14. W. Humphrey

15. J. Toot

16. M. Crowell

17. C. Durbin

18. Scott Meyer

19. Matthew Pettit

20. J. Evans

21. Steven Leganski

22. R. Reyes

23. J. Wells

24. S. Toedter

25. C. Hughes

26. R. Moss

27. David Campbell

28. B. Holston

29. D. Wettlaufer

30. M. Canfield

31. M. Berger

32.  M. Blevins

33.  Brian Wilson

34.  J.C. Bauer

        Respectfully submitted,

        BARRY R. GRISSOM
        United States Attorney

        s/ *David P. Zabel*
        David P. Zabel
        Ks. S.Ct. No. 17887
        Assistant United States Attorney
        District of Kansas
        500 State Avenue, Suite 360
        Kansas City, KS 66101
        913-551-6730
        Fax: 913-551-6541
        David.Zabel@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2012, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        *s/David P. Zabel*
        David P. Zabel
        Assistant United States Attorney