*(Revised 5/93)*         CLERK'S COURTROOM MINUTE SHEET - CRIMINAL

PRETRIAL PROCEEDINGS

CASE NO.  **11-20085-01**

| CAPTION: | APPEARANCES: |
|---|---|
| **UNITED STATES OF AMERICA** | **DAVID P. ZABEL** |
| vs. | |
| **RODNEY MCINTOSH** | **JAMES L. SPIES** |
| | ( )  Retained     ( x )  Appointed |

| Judge: | BETH PHILLIPS | Kansas City: | X |
|---|---|---|---|
| Clerk: | Merry Morales | Topeka: | |
| Reporter: | Teri Hallberg | Wichita: | |

Date:  **JUNE 26, 2012**          PROCEEDINGS

( )  Arraignment & Plea      ( )  Waiver of Indictment      ( )  Felony
( )  Change of Plea      (x)  Appearance      ( )  Misdemeanor

( )  Interpreter    ( )Appointed    ( )Sworn    Name: _____
( )  Constitutional Rights Explained
( )  Declines to Waive Indictment    ( )  Will be Presented to Next Grand Jury
( )  Signed Waiver of Indictment    ( )  Information Filed: _____
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed    ( )  Plea Agreement Attached (For Details See Petition)
( )  Waived Reading of:    ( )  Indictment    ( )  Number of Counts ____
        ( )  Information    ( )  Read to Defendant
  ( ) Previous Plea:    ( ) Guilty    ( ) Not Guilty    Counts: _____    Withdrawn
  ( ) Guilty    Counts: _____    Accepted
  ( ) Not Guilty    Counts: _____

( ) Judgment Deferred  ( ) P.S.I. Ordered    ( ) Sentencing Set For: _____
( ) Set for Trial: _____
( ) Bail $ _____    ( ) Continued on Present Bail    (X) Remanded to Custody
( ) Pretrial Motions to be Filed by: _____
( ) Counts: _____    ( ) To be Dismissed on Motion of the U.S. at Sentencing

Court denies Defendant's Motion to Dismiss

Court rules on Doc. 36 - sustains request for jury records.

Case set on trial calendar for July 2, 2012 at 9:30 a.m.