IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 11-20085-01-KHV |
| RODNEY MCINTOSH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

# ORDER

At the hearing on June 26, 2012, the Court sustained defendant's Motion To Inspect And Copy Grand Jury Selection Materials (Doc. #36) subject to the following conditions:

The Clerk of the Court shall allow defendant to inspect the master jury wheel, the completed jury qualification forms returned by persons selected from the master jury wheel which were used to determine the qualified jury wheel and the qualified jury wheel relevant to the grand jury which returned the indictment in this case. Defendant shall be allowed access to these records only for purposes of inspection. The right of access shall be by appointment only. The defendant shall not be allowed to make photostatic or any other manner of copy of any of the information provided without written permission of the court. Defendant may seek permission to make copies of the information upon written motion which sets forth with specificity the legal and factual basis of that motion and state what materials they wish to copy and describe in detail why it is necessary for them to make such copies in the preparation of their motion to challenge compliance with the selection procedures.

Until further written order of this court, the defendant is denied access to a list of the jurors on the grand jury that returned the instant indictment and to all materials pertaining to the selection of prospective jurors in this case or the grand jury which returned the indictment in this case, including but not limited to, the starting name and number used to select the grand jury. The Clerk, his staff and/or his agents shall in no way indicate any manner by which the list of prospective petit or actual grand jurors might be determined from reference to the master or qualified wheels.

Violation of this court's order will be considered not only as contempt of court, but also as a violation of 28 U.S.C. § 1867(f), which imposes a maximum sentence of $1,000 and imprisonment of one year. If the Clerk of the Court or his staff have any questions pertaining to their duties under this order, they shall contact this court immediately. No government or defense attorney in this case, or any defendant, or

any other person acting on their behalf, shall himself, or through any investigator or other person acting for him, interview, examine, question or contact any prospective juror for this case or any juror on the grand jury that returned the instant indictment, or any relatives, friends or associates of such prospective juror or grand juror, either prior to trial, during the pendency of trial, or with respect to the deliberations or verdict of the grand and petit juries in this case except on express written leave of this court on good cause shown.

Violations of the above conditions will not only be considered as contempt of court, but will also be reported to the Justice Department for investigation.

**IT IS SO ORDERED**.

Dated this 28th day of June, 2012 at Kansas City, Kansas.

                                                      s/ Beth Phillips
                                                      BETH PHILLIPS
                                                      United States District Judge