# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| ) | |
| v. ) | No. 11-20085-01-KHV |
| ) | |
| RODNEY MCINTOSH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Defendant's Motion Of Proving An Official Record Pursuant To Rule 44 Of Federal Rules Of Civil Procedure (Doc. #274) filed July 14, 2017 is **OVERRULED**. As best the Court can ascertain, defendant seeks an official copy of the indictment to show the elements of the specific offenses charged. Defendant has a pending appeal in this matter and the indictment is readily accessible to the appellate court. Defendant has not shown that an "official record" of the indictment is necessary to support his appeal. Doc. #274 at 1.

**IT IS SO ORDERED.**

Dated this 28th day of July, 2017 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge